# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOMAIN VAULT, LLC, et al. | Case No. 2:18-cv-00185-JCM-CWH |
| Petitioners, | |
| v. | |
| PRV, LTD., | **ORDER** |
| Respondent. | |

Presently before the Court is Petitioners' motion to quash subpoena (ECF No. 1), filed on February 1, 2018. No response has been filed.

Under Fed. R. Civ. P. 5(1)(D), written motions, except those that may be heard ex parte, must be served on every party. Upon review of the motion, it does not appear that Respondent has been served with a copy of the motion, nor is there any indication that the motion that it should be considered on an ex parte basis.

IT IS THEREFORE ORDERED that Petitioner must serve Respondent with a copy of the motion to quash (ECF No. 1), along with a copy of this order, no later than February 14, 2018.

IT IS FURTHER ORDERED that Petitioner shall have fourteen days after service is completed to file a response, if any.

DATED: February 7, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge