UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**DEBRA K. KEMPI**
CLERK OF COURT

**CYNTHIA K. JENSEN**
CHIEF DEPUTY, LAS VEGAS

**JAKE HERB CHIEF**
DEPUTY, RENO

March 8, 2018

United States Bankruptcy Court
Eastern District of Texas

Sent via email:
txeb_InterDistrictTransfer@txeb.uscourts.gov

**Re:  Transfer of Motion**

**Case Name:**       Domain Vault, LLC et al v. RPV, Ltd

**Your Case Number:**    16-04110

**Our Case Number:**     2:18-cv-00185-JCM-CWH

Dear Clerk:

    Enclosed, you will find a copy of the docket sheet, the motion to quash and the Order transferring the motion to your district.  Please acknowledge receipt of the documents with a duplicate of this letter.

Debra K. Kempi, Clerk

By: /s/ M. Reyes
_____
Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

**Please return a copy of this letter.**

**Date Received:**_____

**Received By:**_____